No. 03–251. CIGNA PROPERTY & CASUALTY v. RUIZ ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. 

No. 03–256. LINE v. ALONSO. Sup. Ct. La. Certiorari denied. 

No. 03–257. FIDELITY EXPLORATION & PRODUCTION CO. v. NORTHERN PLAINS RESOURCE COUNCIL, INC. C. A. 9th Cir. Certiorari denied. 

No. 03–262. GRILLOT v. ARKANSAS. Sup. Ct. Ark. Certiorari denied. 

No. 03–263. GEROSA ET AL. v. SAVASTA & CO., INC. C. A. 2d Cir. Certiorari denied. 

No. 03–264. GEREMIA v. LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied. 

No. 03–265. FRAKES ET UX. v. GARIES ET AL. Sup. Ct. Ala. Certiorari denied. 

No. 03–266. HELTON, DBA B&H VIDEO v. HUNT ET AL. C. A. 4th Cir. Certiorari denied. 

No. 03–267. HICKEL v. KENT COUNTY CONCEALED WEAPON LICENSING BOARD. Ct. App. Mich. Certiorari denied.

No. 03–280. DELVOYE v. LEE. C. A. 3d Cir. Certiorari denied. 

No. 03–282. PADBERG ET AL. v. MCGRATH-MCKECHNIE ET AL. C. A. 2d Cir. Certiorari denied. 

No. 03–293. LCT TRANSPORTATION SERVICES, INC., AKA LESTER COGGINS TRUCKING, INC. v. BARRAGAN ET AL. C. A. 11th Cir. Certiorari denied. 

No. 03–315. RAPOPORT v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied. 

No. 03–365. KAVALI v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.